UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Daniel E Carr,
        **Plaintiff,**


        **v.**

                                         **Civil Action No. 1:24-cv-13122-FDS**


**Bristol County MA,**
        **Defendants.**

_____


## ORDER OF DISMISSAL


**Saylor, C. J.**


In accordance with the Court's ORDER dated April 10, 2025 (Dkt. No. 7), it is hereby ORDERED
that the above-entitled action be and hereby is DISMISSED.


                                         By the Court,



04/10/2025                                /s/ Melonie Cooke
Date                                      Deputy Clerk